1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re ISMAEL ANTONIO MURPHY-
RICHARDSON.

Case No.  23-cv-00605-HSG

**ORDER OF TRANSFER**

Plaintiff, an inmate housed at Arizona State Prison Complex Eyman in Florence, Arizona, has filed a pleading titled "Motion for Withdrawal of Guilty Plea."[1]  Dkt. No. 1.  Plaintiff appears to be seeking relief related to his Arizona state court proceedings.  Dkt. No. 1.  Section 1391(b) of the United States Code, title 28, provides that venue for a civil action is proper in either the judicial district in which any defendant resides or in the judicial district in which a substantial part of the events or omissions giving rise to the claim occurred.  28 U.S.C. § 1391(b).  The challenged event – Plaintiff's state court proceedings – did not occur in this district.  Plaintiff resides in Arizona and the relevant event occurred in Arizona.  Venue therefore properly lies in the District of Arizona.  *See* 28 U.S.C. §§ 83, 1391(b).  Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for Arizona.  The Clerk is directed to close this case.

**IT IS SO ORDERED.**

Dated:   2/22/2023

*Haywood S. Gilliam Jr.*

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] The Clerk has informed Petitioner that this action is deficient because he has not filed a complete complaint on the proper form, and because he has neither paid the filing fee nor obtained leave to proceed *in forma pauperis*.  Dkt. Nos. 2, 3.